

**DLA Piper LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware  19801-1147
www.dlapiper.com

Stuart Brown
stuart.brown@dlapiper.com
**T**  302.468.5640
**F**  302.778.7913

June 12, 2015
*VIA ELECTRONIC FILING*

The Honorable Jerome B. Simandle
Chief Judge
United States District Court, District of New Jersey
Mitchell Cohen Building and U.S. Courthouse
4th and Cooper Streets
Camden, NJ  08101

Re:  ***ACR Energy Partners, LLC v. Polo North Country Club, Inc.***, Civ. No. 15-2677
     **(JBS/JS)**

Dear Judge Simandle:

We represent Plaintiff ACR Energy Partners, LLC ("ACR Energy") in this matter.  As the Court is aware, ACR Energy's opposition to the motion to dismiss filed on behalf of Defendant Polo North Country Club, Inc. ("Polo North") is currently due to be filed on Monday, to the Court on June 15, 2015.  For the reasons set forth below, we write to request a two-week extension.

As Your Honor is aware, the Court has ordered expedited discovery on Polo North's motion, including the newly minted assertion regarding its principal place of business.  ACR Energy accordingly served narrowly tailored discovery requests upon Polo North in order to probe this assertion.  Polo North served responses to ACR's requests on June 10, 2015, but these consisted mostly of objections, and failed to substantively respond to most of ACR's requests. Without substantive responses to its discovery requests, ACR will be prejudiced if it is required to file opposition to the motion this coming Monday, June 15, 2015.  Counsel have held a telephone conference regarding these disputes, and are continuing to meet and confer. Nevertheless, we anticipate ACR Energy will be forced to seek Court intervention pursuant to Local Civ. R. 37.1 in order to compel Polo North to produce the responses and documents that ACR needs in order to meaningfully respond to Polo North's recent arguments.

For this reason, we believe that a two-week extension is warranted.  We have asked Polo North to consent to this request, but have not yet received any response.

Thank you for Your Honor's continued attention to this matter.

Respectfully,

**DLA Piper LLP (US)**

*/s/ Stuart M. Brown*

*S*tuart Brown
Partner



June 12, 2015
Page Two


cc:     All counsel of record (via ECF)